JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>DARA INC. a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE No. 2:16-cv-08116 CAS(AJWx)<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Christina A. Snyder, Presiding Judge<br><br>Hon. Andrew J. Wistrich, Magistrate Judge<br><br>Complaint filed: November 1, 2016<br>Trial Date: March 27, 2018 |

0067.257\9986

Based upon the Stipulation signed by counsel for Plaintiff American International Industries ("AII" or "Plaintiff") and counsel for Defendant Dara Inc. ("Defendant") for a Final Judgment in this action, the Court enters this Final Judgment including a Permanent Injunction prohibiting the Defendant from transacting products bearing the name, or any name substantially similar to "American International Industries," "AII," any of Plaintiff's brands, or any products that purport to be manufactured by or otherwise associated with Plaintiff or Plaintiff's brands as part of a comprehensive settlement.

Therefore, IT IS ORDERED that:

1. Defendant Dara Inc., its affiliates, owners, officers, agents, servants, employees, attorneys, suppliers, distributors, and all those in active concert or participation with any of them are permanently restrained and enjoined from doing any of the following anywhere in the world:

   (a) Acquiring, purchasing, manufacturing, marketing, storing, transporting, distributing, dealing in, transferring, hypothecating, offering for sale, selling, or otherwise transacting in, directly or indirectly, any AII product, including any product bearing a name substantially similar to, "American International Industries," "AII," or any AII brand, or any products that purport to be manufactured by or otherwise associated with AII or an AII brand;

   (b) Using or otherwise infringing any AII trademarks;

   (c) Directly or indirectly causing, directing, soliciting, assisting, aiding, or abetting any other person or entity to engage in or performing any of the prohibited conduct referred to in the above paragraphs.

0067.257\9986 -2-
[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement of the Parties and the Permanent Injunction in this Judgment;

3. This Judgment shall constitute the One Final Judgment in the action and shall therefore resolve the entire action; and

4. Final Judgment is hereby entered, with each party responsible for its own costs and attorney's fees.

DATED: August 21, 2017

*(signature)*
———————————————
Honorable Christina A. Snyder
U.S. District Court Judge

Respectfully Submitted:

Dated: August 18, 2017

Mark D. Kremer
Evan Pitchford, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

*/s/ Evan Pitchford*
———————————————
Evan Pitchford
Attorneys for
American International Industries